IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KENNETH BARNETT, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 2:15-cv-226-WCO-JCF |
| HOMEOWNER MANAGEMENT SERVICES, INC., | : |
| Defendant. | : |

## ORDER

The court has before it for consideration the magistrate judge's final report and recommendation dated January 9, 2017 ("R&R") [37]. In it, he recommends granting defendant Homeowner Management Services, Inc.'s ("HMS") motion for summary judgment but denying its motions for attorney's fees. No party has filed an objection. After careful review of the record, the court finds that the magistrate judge applied the proper law to the facts of this case and thus **APPROVES and ADOPTS** the R&R [37] as the order of this court. HMS's motion for summary judgment [31] is hereby **GRANTED**. Its motion for attorney's fees [29-1] is **DENIED**. The clerk is **DIRECTED** to enter judgment in favor of defendant.

IT IS SO ORDERED, this 9th day of February, 2017.

WILLIAM C. O'KELLEY
William C. O'Kelley
Senior United States District Judge